1

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 7 1972

V. BAILEY THOMAS, CLERK
BY DEPUTY: [signature]

ANGELITA GARCIA,
Administratrix of the Estate
of GAYLE DEE ROGERS,
Plaintiff

VS.

The M/V EDWARD CLINCH, her engines, tackle, apparel, etc., in rem, and her owner, S. FELICIONE & SONS FISH CO., INC., in personam,
Defendants

CIVIL ACTION NUMBER

72-B-91

## C O M P L A I N T

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ANGELITA GARCIA, Administratrix of the Estate of GAYLE DEE ROGERS, Deceased, herein after referred to as Plaintiff, and brings this cause of action against the M/V EDWARD CLINCH, her engines, tackle, apparel, etc., in rem, and against her owner, S. FELICIONE & SONS FISH CO., INC., in personam under the provisions of Title 46, United States Code Annotated, Section 688, et seq., commonly known as the Jones Act and Title 46, United States Code Annotated, Section 761, et seq., commonly called the Death on the High Seas Act and the General Maritime Law and invokes the maritime procedure of Rule 9(h) of the Federal Rules of Civil Procedure for the benefit of NELLY M. ROGERS, widow of the Deceased, GAYLE DEE ROGERS, MARIA VICTORIA ROGERS, [redacted], and [redacted] children of the Deceased. Plaintiff files this Complaint seeking damages from S. FELICIONE & SONS FISH CO., INC., and the M/V EDWARD CLINCH, Official Number 511365, Defendants, for the wrongful death of GAYLE DEE ROGERS

and for cause would show the Court as follows:

I

A) S. FELICIONE & SONS FISH CO., INC., is a corporation believed to be formed under the laws of the State of Florida. S. FELICIONE & SONS FISH CO., INC., does business in the State of Texas and is believed to operate through the BAY SHRIMP CO., INC., which maintains its office and principal place of business in Port Isabel, Cameron County, Texas, and service can be had on S. FELICIONE & SONS FISH CO., INC., by serving the general manager of its agent, BAY SHRIMP CO., INC., at Port Isabel, Cameron County, Texas.

B) The home port of the M/V EDWARD CLINCH is in Tampa, Florida, but it operates in the State of Texas out of the BAY SHRIMP CO., INC., at Port Isabel, Cameron County, Texas.

C) GAYLE DEE ROGERS at all times material herein was an employee of S. FELICIONE & SONS FISH CO., INC., working as a fisherman aboard the M/V EDWARD CLINCH, Official Number 51165.

D) ANGELITA GARCIA, Plaintiff, is the duly appointed Administratrix of the Estate of GAYLE DEE ROGERS, Deceased.

II

The wrongful acts of neglect or default which led to the death of GAYLE DEE ROGERS took place out in the Gulf of Mexico more than a marine league from the boundary of any state.

III

Upon information and belief, Plaintiff alleges that on or about the 7th day of June, 1972, the shrimp vessel, the M/V EDWARD CLINCH, was shrimping in the Gulf of Mexico. GAYLE DEE ROGERS was a crew member aboard the M/V EDWARD CLINCH. While the said GAYLE DEE ROGERS was performing his work as a fisherman

and seaman aboard the vessel, the M/V EDWARD CLINCH, he was thrown overboard sustaining injuries resulting in his death by drowning. The body of GAYLE DEE ROGERS was never found after he was knocked off the vessel, the M/V EDWARD CLINCH.

IV

Plaintiff further alleges and says, that based upon the facts existing in this matter, the Defendant, S. FELICIONE & SONS FISH CO., INC., through its agents, servants, and employees was negligent in the following particulars, to wit:

A) In furnishing to the said GAYLE DEE ROGERS an unsafe place to work;

B) In furnishing an unseaworthy vessel to the said GAYLE DEE ROGERS;

C) In failing to provide the vessel with adequate equipment;

D) In failing to train the crew in lifesaving methods.

All the above and foregoing acts of omission or commission, either singularly or collectively, were a proximate cause of the death of GAYLE DEE ROGERS and the damages resulting therefrom.

V

Plaintiff further alleges and says, that based upon the facts existing in this case, the Defendant, M/V EDWARD CLINCH, was unseaworthy at the time of the death of GAYLE DEE ROGERS in the following respects:

A) In not having adequate equipment aboard the M/V EDWARD CLINCH;

B) In not having adequate lifesaving equipment aboard the vessel, M/V EDWARD CLINCH.

All of the above and foregoing reasons of unseaworthiness, either singularly or collectively, were a proximate cause of the death of GAYLE DEE ROGERS and the damages resulting therefrom.

VI

The Defendants, their agents, servants, and employees were further negligent, careless, and reckless in failing to rescue the said GAYLE DEE ROGERS when he fell overboard thereby causing his death.

VII

The Defendant, its agents, servants, and employees failed to have readily available, at the time and on the occasion in question when it was needed, proper lifesaving equipment as required by the United States Coast Guard Rules and Regulations for Cargo and Miscellaneous Vessels, Section 94.15-5.

VIII

Plaintiff further alleges and says that GAYLE DEE ROGERS at the time of his death was gainfully employed earning money and contributing to the pecuniary benefits of his wife, NELLY M. ROGERS, and his three (3) children, MARIA VICTORIA ROGERS, age nineteen (19); [redacted] age seventeen (17); and [redacted] age fourteen (14). At the time of his death the said GAYLE DEE ROGERS was forty-two (42) years of age with a life expectancy of 34.1 years according to the Commissioners 1958 Standard Ordinary Mortality Table.

IX

Because of the wrongful acts and default of the Defendants, their agents, servants, and employees, the said NELLY M. ROGERS, MARIA VICTORIA ROGERS, [redacted] and [redacted] have suffered pecuniary losses and damages in the amount of ONE HUNDRED TWENTY THOUSAND DOLLARS ($120,000.00).

Plaintiff demands trial by jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court for and on behalf of NELLY M. ROGERS, MARIA VICTORIA ROGERS, [redacted], and [redacted] as follows:

1. That all persons having an interest in said vessel or cause of action be cited to appear and answer to the premises;

2. That process be issued according to the practice of this Honorable Court against the M/V EDWARD CLINCH, Official Number 511365 her engines, tackle, apparel, etc., in rem;

3. That Plaintiff have judgment for damages as alleged herein and that said vessel be seized, condemned, and sold to satisfy same;

4. That Plaintiff have judgment in personam against S. FELICIONE & SONS FISH CO., INC., for damages alleged herein;

5. That Plaintiff have such other and further relief to which she may be justly entitled in the premises.

Respectfully submitted,

ANGELITA GARCIA, Administratrix
of the Estate of
GAYLE DEE ROGERS,
Plaintiff

HARDY, SHARPE & RODRIGUEZ
Her Attorneys

By: Eduardo Roberto Rodriguez
EDUARDO ROBERTO RODRIGUEZ, ~~Of~~ Counsel
Post Office Box 2155
Brownsville, Texas 78520
(512) 542-7441

THE STATE OF TEXAS I

COUNTY OF CAMERON I

BEFORE ME, the undersigned authority, a Notary Public, on this day personally appeared EDUARDO ROBERTO RODRIGUEZ who being by me first duly sworn, deposes and says:

> I, EDUARDO ROBERTO RODRIGUEZ, am the attorney for the Plaintiff in the above-entitled and numbered cause. I have prepared and read the above and foregoing Original Complaint, and the allegations therein contained are true and correct based upon my information to the best of my knowledge and belief.

Eduardo Roberto Rodriguez
EDUARDO ROBERTO RODRIGUEZ

SWORN TO AND SUBSCRIBED BEFORE ME by the said EDUARDO ROBERTO RODRIGUEZ to certify which witness my hand and seal of office on this the 7th day of July, 1972.

Vicki V. Rodriguez
Notary Public in and for Cameron County, Texas

My Commission Expires:

June 1, 1973

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| ANGELITA GARCIA, Administratrix of the Estate of GAYLE DEE ROGERS, Plaintiff | CIVIL ACTION NUMBER |
| VS. | ____________________ |
| The M/V EDWARD CLINCH, her engines, tackle, apparel, etc., in rem, and her owner, S. FELICIONE & SONS FISH CO., INC., in personam, Defendants | |

HARDY, SHARPE & RODRIGUEZ
ATTORNEYS AT LAW
1010 E. WASHINGTON ST.
BROWNSVILLE, TEXAS

COMPLAINT