25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 20 1973

V. BAILEY THOMAS, CLERK
BY DEPUTY: *[signature]*

ANGELITA GARCIA, Administratrix of the Estate of GAYLE DEE ROGERS,

VS.

THE M/V EDWARD CLINCH, her engines, etc., in rem, and her owner, S. FELICIONE & SONS FISH CO., INC., in personam

Civil Action 72-B-91

INTERROGATORY NO. 1

Do you find from a preponderance of the evidence that the owner of the M/V EDWARD CLINCH was negligent in any respect?

The Jury will answer "It was" or "It was not".

We, the Jury, answer: IT WAS

If you have answered Interrogatory No. 1 "It was", then answer Interrogatory No. 2.

INTERROGATORY NO. 2

Was the negligence that you found in Interrogatory No. 1 a proximate or contributing cause, in whole or in part, of the death of Gayle Dee Rogers?

You will answer "It was" or "It was not".

We, the Jury, answer: IT WAS

INTERROGATORY NO. 3

Do you find from a preponderance of the evidence that the M/V EDWARD CLINCH was unseaworthy at the time of the death of Gayle Dee Rogers?

The Jury will answer "It was unseaworthy" or "It was not unseaworthy".

We, the Jury, answer: IT WAS UNSEAWORTHY

If you have answered Interrogatory No. 3 "It was unseaworthy", then you will answer Interrogatory No. 4.

INTERROGATORY NO. 4

Was the unseaworthy condition that you found in Interrogatory No. 3 a proximate or contributing cause, in whole or in part, of the death of Gayle Dee Rogers on June 7, 1972?

The Jury will answer "It was" or "It was not".

We, the Jury, answer: IT WAS NOT

INTERROGATORY NO. 5

Do you find from a preponderance of the evidence that Gayle Dee Rogers was negligent in any respect?

The Jury will answer "He was" or "He was not".

We, the Jury, answer: He WAS

INTERROGATORY NO. 6

Was the negligence that you found in Interrogatory No. 5 a proximate or contributing cause, in whole or in part, of his death?

The Jury will answer "It was" or "It was not".

We, the Jury, answer: IT WAS

If you have answered that Gayle Dee Rogers, was negligent and that his negligence was a proximate or contributing cause of his death, then you will answer the following Interrogatory.

INTERROGATORY NO. 7

To what extent did Decedent's negligence cause or contribute to his death?

You will answer this question by stating the percentage.

We, the Jury, find that Gayle Dee Rogers was 50 (%) percent negligent.

INTERROGATORY NO. 8

What amount of money, if paid now in cash, without reduction for any contributory negligence which you may find on the Decedent's part, will fairly and reasonably compensate Nellie M. Rogers, Maria Victoria Rogers, Linda Marie Rogers and Karen Faye Rogers, for their actual losses which can be measured in money which you find they sustained as a direct result of the death of Gayle Dee Rogers?

The Jury will answer in Dollars and Cents:

We, the Jury, answer: 18,000.

| | | |
|---|---|---|
| Nellie M. Rogers | : | 9,000.00 |
| Maria Victoria Rogers | : | 3,000.00 |
| Linda Marie Rogers | : | 3,000.00 |
| Karen Faye Rogers | : | 3,000.00 |

[redacted]
FOREMAN

DATE: March 20, 1973