31

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 21 1973

V. BAILEY THOMAS, CLERK
BY DEPUTY: Ione Wright

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANGELITA GARCIA, Administratrix of the Estate of GAYLE DEE ROGERS, Deceased | X | |
| VS. | X | CIVIL ACTION NO. 72-B-91 |
| THE M/V EDWARD CLINCH, her engines, etc., *in rem*, and her owner, S. FELICIONE & SONS FISH CO., INC., *in personam* | X | |

## JUDGMENT

This action came on for trial before the Court and jury, the Honorable Reynaldo G. Garza, District Judge presiding and the issues having been duly tried and the jury having duly rendered its verdict,

It is ORDERED, ADJUDGED and DECREED that the Plaintiff, Angelita Garcia, Administratrix of the Estate of Gayle Dee Rogers, deceased, have and recover from the Defendant, S. Felicione & Sons Fish Co., Inc. and from the M/V EDWARD CLINCH, her engines, etc., in rem, the sum of NINE THOUSAND AND NO/100 ($9,000.00) DOLLARS, with interest thereon at the rate of six (6%) per cent per annum from date hereof as provided by law, for the benefit of the surviving wife and children of the deceased, such recovery, pursuant to the jury's verdict to be apportioned as follows:

1 - Nellie M. Rogers, the surviving wife, the sum of FOUR THOUSAND FIVE HUNDRED AND NO/100 ($4,500.00) DOLLARS;

2 - Maria Victoria Rogers, surviving adult daughter, the sum of ONE THOUSAND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS;

3 - Linda Marie Rogers, surviving adult daughter, the sum of ONE THOUSAND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS;

4 - [redacted] surviving minor daughter, the sum of ONE THOUSAND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS.

and it is further,

ORDERED that the sum so awarded to the aforesaid Karen Faye Rogers, minor child of the Deceased, be deposited in the Registry of the Court until further orders are made in reference to same.

It is further ORDERED and DECREED that attorneys' fees in the sum of one-third (1/3) of the amounts awarded to each of the foregoing respective beneficiaries of Gayle Dee Rogers, Deceased, be deducted therefrom and paid directly to Plaintiff's attorneys, Hardy, Sharpe & Rodriguez.

It is further ORDERED that all court costs be paid by Defendant.

DONE this 21st day of August, 1973 at Brownsville, Texas.

UNITED STATES DISTRICT JUDGE